IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 8:08CV223 |
| | ) | |
| V. | ) | |
| | ) | |
| $69,040.00 IN UNITED STATES CURRENCY, | ) | ORDER |
| | ) | |
| Defendant. | ) | |

IT IS ORDERED:

1. The government's motion to withdraw its Motion for Default Judgment and Decree of Forfeiture, filing 15, is granted.

2. The government's motion for default judgment, filing 13, is withdraw without prejudice to re-filing upon a showing of proper service on the Claimant.

DATED this 29th day of August, 2008.

BY THE COURT:

s/ *David L. Piester*
David L. Piester
United States Magistrate Judge