IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | 8:08CV223 |
| | ) | |
| $69,040.00 IN UNITED STATES CURRENCY, | ) | STIPULATION |
| | ) | |
| Defendant. | ) | |

COME NOW the Plaintiff, United States of America, the Defendant property, and the Claimant, Paul Gonzalez, hereby agree and stipulate as follows:

WHEREAS, on May 29, 2008, the Plaintiff filed a Verified Complaint for Forfeiture, alleging the Defendant property was proceeds traceable to the exchange of controlled substances, or alternatively, was used or was intended to be used to facilitate the possession and distribution of controlled substances, and is therefore forfeitable to the United States pursuant to Title 21, United States Code, Section 881(a); and,

WHEREAS, Paul Gonzalez filed a Claim and an Answer herein, denying any knowledge of the Defendant property's alleged involvement with controlled substances; and,

WHEREAS, the parties desire to amicably settle this matter, without the necessity of trial.

NOW, THEREFORE, in consideration of the covenants contained herein, the parties hereby agree as follows:

1. Nine thousand forty dollars of the Defendant property shall be returned to the Claimant,

by delivering the same to  W. KEVIN JACKSON, ESQ.

2. The remaining Defendant property, viz., $60,000.00, shall be considered forfeited to the United States and shall be disposed of by the United States Marshal for the District of Nebraska according to law.

3. Upon Mr. Gonzalez's receipt of the $9,040.00, he shall file a Receipt with this Court.

4. A Judgment should then be entered by this Court in accordance with the parties' Stipulation.

UNITED STATES OF AMERICA,
Plaintiff

JOE W. STECHER
United States Attorney

DATED: 2/9/09          By: [signature]
NANCY A. SVOBODA (#17429)
Assistant United States Attorney
1620 Dodge Street, Suite 1400
Omaha, Nebraska 68102-1506
(402) 661-3700

$69,040.00 IN UNITED STATES
CURRENCY, Defendant, and
PAUL GONZALEZ, Claimant

DATED: 01/19/09          By: [signature]
PAUL GONZALEZ