```
                                                    FILED
                                            U.S. DISTRICT COURT
                                            DISTRICT OF NEBRASKA

                                              09 FEB 25 PM 1:40

                                              OFFICE OF THE CLERK
```

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | 8:08CV223 |
| | ) | |
| $69,040.00 IN UNITED STATES CURRENCY, | ) | RECEIPT |
| | ) | |
| Defendant. | ) | |

COMES NOW Paul Gonzalez, Claimant herein, and hereby acknowledges receipt of a check from the United States Marshal for the District of Nebraska for $9,040.00, made payable to W KEVIN JACKSON, TRUSTEE.

DATED THIS 25th day of February, 2009.

$69,040.00 IN UNITED
STATES CURRENCY,
Defendant; and
PAUL GONZALEZ, Claimant

By: /s/ Paul G.
PAUL GONZALEZ