IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | 8:08CV223 |
| | ) | |
| $69,040.00 IN UNITED STATES CURRENCY, | ) | JUDGMENT |
| | ) | |
| Defendant. | ) | |

IN ACCORDANCE with the parties' Stipulation filed ~~January~~ February 17, 2009, (Filing No. 23),

Judgment is entered herein for the Plaintiff, United States of America, in the amount of $60,000.00.

DATED this 26 day of ~~January~~ February, 2009.

BY THE COURT:

~~DAVID L. PIESTER~~ LYLE E. STROM
~~SENIOR~~ UNITED STATES ~~MAGISTRATE~~ DISTRICT JUDGE

Prepared and Submitted by:

Nancy A. Svoboda (#17429)
Attorney for the Plaintiff
1620 Dodge Street, Suite 1400
Omaha, Nebraska 68102-1506
(402) 661-3700

Approved as to form and content:

$69,040.00 IN UNITED STATES
CURRENCY, Defendant, and
PAUL GONZALEZ, Claimant

By: _____
   PAUL GONZALEZ