```
                           FILED
                     U.S. DISTRICT COURT
                     DISTRICT OF NEBRASKA

                      09 MAR -2 PM 3: 21

                     OFFICE OF THE CLERK
                                        RECEIVED
Paul V. Gonzalez
P.O. Box 520925                          MAR 02 2009
Salt Lake City, UT 84152-0925
                                            CLERK
                                      U.S. DISTRICT COURT
                                            OMAHA
```

------------------------------------------------------------



FIRST CLASS
AUTO

GONZALEZ 681 NFE 1 B081 00 02/27/09
RETURN TO SENDER
BOX CLOSED
UNABLE TO FORWARD
RETURN TO SENDER

OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
ROMAN L. HRUSKA U.S. COURTHOUSE
111 S. 18TH PLAZA, SUITE 1152
OMAHA, NE 68102-1322

OFFICIAL BUSINESS